UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL MAYET | * | CIVIL ACTION NO.: 17-9568 |
| | * | |
| VERSUS | * | |
| | * | |
| ENERGY XXI GIGS SERVICES, L.L.C., ENERGY XXI GOM, L.L.C., ENERGY XXI GULF COAST, INC., ENERGY XXI LEASEHOLD, L.L.C., ENERGY XXI ONSHORE, L.L.C., ENERGY XXI PIPELINE, L.L.C., ENERGY XXI PIPELINE II, L.L.C., ENERGY XXI SERVICES, L.L.C., ENERGY XXI TEXAS ONSHORE, L.L.C., and ENERGY XXI USA, INC. | * * * * * * * * * * | SECTION: <br><br> JUDGE: <br><br><br> MAGISTRATE: |

## COMPLAINT

**NOW INTO COURT**, comes Petitioner, **Daniel Mayet**, a person of full age of majority who respectfully files this original Petition for Damages requesting relief as follows and averring the following:

I.

Made Petitioner herein is the following:

a. **Daniel Mayet**, who is a person of the full age of majority with procedural capacity to bring this action and a domiciliary of Jefferson Parish, State of Louisiana.

II.

Made Defendants herein are:

a. **Energy XXI Gigs Services, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

b. **Energy XXI GOM, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

c. **Energy XXI Gulf Coast, Inc.**, a foreign corporation authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

d. **Energy XXI Leasehold, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

e. **Energy XXI Onshore, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

f. **Energy XXI Pipeline, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

g. **Energy XXI Pipeline II, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

h. **Energy XXI Services, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court;

i. **Energy XXI Texas Onshore, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court; and

j. **Energy XXI USA, Inc.**, a foreign corporation authorized to do and doing business in the State of Louisiana and the jurisdiction of this Court.

Hereinafter all Defendants will be referred to as "Energy XXI" collectively.

### III.

Venue is proper because the accident which is the subject of this Complaint occurred within the Eastern District of Louisiana.

### IV.

The amount in controversy in this case and the subject matter upon which this case is based are sufficient to justify jurisdiction of this Court.

### V.

Plaintiff's claims are made under Louisiana State Law, General Maritime Law, and the Outer Continental Shelf Lands Act, and amendments to the Longshore & Harbor Workers Act.

### VI.

### FACTS

On or about September 24, 2016, Petitioner, **Daniel Mayet**, was performing his duties as a lead operator for Wood Group in the West Delta 31E platform, owned by Defendant, **Energy**

### VII.

Plaintiff, Daniel Mayet, had recently been relocated to WD-31E and the platform, which is an older platform.

### VIII.

On September 24, 2016, the M/V Ela Claire arrived at the platform to deliver groceries and electrical supplies. The platform crane was used to take the cargo boxes from the M/V Ela Claire to the platform. Plaintiff, Daniel Mayet, was tasked with unhooking the cargo boxes as they were brought to the platform from the vessel.

### IX.

Due to configuration of the platform, specifically the location of a speaker in the area where the cargo box was to be placed, the load block of the crane was unable to be completely lowered. Plaintiff was required to lift the 20,000# rated stinger up to get it on the rack, which was configured such that the stinger needed to be lifted overhead due to the load block not being able to be lowered.. During this maneuver, Plaintiff felt a pull in his groin area and back.

### X.

Shortly thereafter, Plaintiff and another worker were walking from the area as Plaintiff was painfully walking through the production area when he tripped on a piece of plat iron and fell forward striking a wall. Plaintiff felt additional pain in his groin and his back. The location of the plate iron in the pathway constituted a dangerous unsafe condition.

### XI.

The configuration of the cargo loading area, was such that the location of the speaker,

which interfered with the loading operation, and the height of the rack, constituted an unsafe and unreasonably dangerous condition.

### XII.

Due to the unsafe condition of the platform mentioned herein Plaintiff suffered a hernia and injury to his back.

### XIII.

The incident was caused by no fault of Petitioner but instead was caused by the an unsafe and unreasonably dangerous condition of the platform and the negligence of the Defendants, **Energy XXI**, and said condition and negligence was the sole, proximate and legal cause of the incident and Plaintiff's damages.

### XIV.

As a result of the above described incident, Plaintiff, Daniel Mayet, suffered severe and painful personal injuries, more particularly injuries to his lumbar spine and a hernia.

### XV.

Plaintiff's accident was caused by the negligence of Defendants and at all pertinent times Plaintiff conducted himself in a reasonable and prudent manner and the injuries and damages sustained by Plaintiff were caused solely by the negligence of the Defendants, including:

  a. Maintaining an unreasonable dangerous condition on the platform

  b. Creating a tripping hazard in a pathway on the platform;

  c. Failing to provide Plaintiff with a safe place to work;

  d. Installing equipment on the platform that inferred with the loading of cargo;

  e. Maintaining, owning, a platform that containing unreasonably dangerous conditions that Defendants knew or should have known existed and failing to remedy these conditions; and

f.  All other acts of negligence that are proven at trial of this matter.

## XVI.

## DAMAGES

As a result of the accident in question, Petitioner, **Daniel Mayet**, suffered the following non-exclusive damages:

a.  Past, present and future medical expenses;

b.  Past, present and future physical pain and suffering;

c.  Past, present and future mental and emotional pain and suffering;

d.  Past, present and future aggravation, inconvenience and loss of enjoyment of life;

e.  Permanent disability and/or anatomical impairments;

f.  Loss wages and/or earning capacity;

g.  Loos of fringe benefits; and

h.  All other damages which are proven at trial of this matter.

## XVII.

**WHEREFORE**, Petitioner, **Daniel Mayet**, prays that a copy of the above and foregoing Petition for Damages be served upon Defendants herein and that they be duly cited and ordered to answer same, and that after due proceedings are had, there be judgment herein in favor of Petitioner, **Daniel Mayet**, and against Defendants, **Energy XXI Gigs Services, L.L.C., Energy XXI GOM, L.L.C., Energy XXI Gulf Coast, Inc., Energy XXI Leasehold, L.L.C., Energy XXI Onshore, L.L.C., Energy XXI Pipeline, L.L.C., Energy XXI Pipeline II, L.L.C., Energy XXI Services, L.L.C., Energy XXI Texas Onshore, L.L.C., and Energy XXI USA, Inc.**, jointly, severely, and in soldio for all damages as are alleged herein, all costs of these

proceedings, judicial interest from date of judicial demand until paid, and all general and equitable relief.

Respectfully submitted,

_____
**Marc L. Frischhertz, (#29194)**
FRISCHHERTZ, POULLIARD,
FRISCHHERTZ, & IMPASTATO, L.L.C.
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 523-1500
Facsimile: (504) 581-1670

AND

Adrian A. Colon, Jr. (#20525)
BALLAY, BRAUD & COLON P.L.C.
8114 Highway 23
Belle Chasse, LA 70037
Telephone: (504) 394-9841
Facsimile: (504) 636-6674

**PLEASE SERVE:**

**Energy XXI Gigs Services, L.L.C., Energy XXI GOM, L.L.C.,**
**Energy XXI Gulf Coast, Inc., Energy XXI Onshore, L.L.C.,**
**Energy XXI Services, L.L.C., and Energy XXI Texas Onshore, L.L.C.**
Through their agent for service of process
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**Energy XXI Leasehold, L.L.C., Energy XXI Pipeline, L.L.C.,**
**and Energy XXI Pipeline II, L.L.C.**
Through their agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**Energy XXI USA, Inc.**
Through its agent for service of process

Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305
Baton Rouge, LA  70809